AO 91 (Rev. 08/09)  Criminal Complaint

District Court
District of Texas
FILED

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

FEB 0 2 2015

, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. M-15-0159-M |
| Enrique DE LA ROSA-Sotelo    MX   YOB:1975 | ) | Related: M-14-CR-1864 |
| | ) | M-14-MJ-0158 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____01/31/2015_____ in the county of ___Hidalgo___ in the

___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841<br>21 USC 846 | Knowingly and intentionally possess with intent to distribute approximately 25.82 kilograms of cocaine, a Schedule II controlled substance, and did knowingly and intentionally conspire to possess with intent to distribute 25.82 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:
See Attachment "A"

✓ Continued on the attached sheet.

Approved by
Joseph Leonard

_____
Complainant's signature

Nathan Stoltz, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date:  2/2/2015

_____
Judge's signature

City and state:   McAllen, Texas

Dorina Ramos, U.S. Magistrate Judge
Printed name and title

Attachment "A"

On January 31, 2015, Homeland Security Investigations, Office of the Assistant Special Agent in Charge McAllen, Texas (HSI McAllen) Special Agents (SAs) were notified of a cocaine seizure at the Hidalgo Port of Entry (POE).

Customs and Border Protection Officers (CBPOs) at the Hidalgo POE referred a Honda Accord, bearing Mexico License Plate number SSN7867 driven by Enrique DE LA ROSA-Sotelo, to secondary inspection for additional examination. A narcotic detector dog (NDD) inspection of the vehicle resulted in an alert. A Gamma-ray inspection of the vehicle revealed anomalies in the firewall area. Further inspection revealed 24 bundles totaling 25.82 kilograms of a substance that field tested positive for cocaine inside the firewall. HSI SAs responded to the Hidalgo POE to interview DE LA ROSA. DE LA ROSA waived his rights, both orally and in writing.

DE LA ROSA stated the Accord was in his name, but it belongs to someone else. DE LA ROSA was suspicious that he was transporting something in the Accord, he didn't know what it was, but figured there was something illegal in the Accord. DE LA ROSA admitted that he has travelled to Houston, Texas with the Accord on two previous occasions. On both occasions, DE LA ROSA turned the Accord over to two unknown individuals at the hotel for approximately 90 minutes. DE LA ROSA knew he was transporting something from Houston, Texas to Monterrey, Nuevo Leon, Mexico, in the Accord, but wasn't sure if it was firearms or currency. Upon his return to Monterrey, DE LA ROSA would turn the vehicle over to an individual at a supermarket. DE LA ROSA is familiar with the border and knows that narcotics are smuggled from Mexico into the United States and that currency and firearms are smuggled from the United States into Mexico. DE LA ROSA was paid $300 for his first trip to Houston and $500 for his second trip to Houston.

AUSA Jimmy Leo was advised of the facts of the case and authorized federal prosecution on DE LA ROSA.